```
 1  William J. Arnone, Jr., Esq., SBN 87803
    MERRILL, ARNONE & JONES, LLP
 2  3554 Round Barn Boulevard, Suite 303
    Santa Rosa, California 95403
 3  Telephone: (707) 528-2882
    Facsimile:  (707) 528-6015
 4  barnone@majlaw.com

 5  Attorneys for Plaintiff
    RYAN PEARSON
 6  dba PEARSON EXPLORATION
```

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| RYAN PEARSON, an Individual, dba PEARSON EXPLORATION<br><br>Plaintiff,<br><br>vs.<br><br>STEVE PEARSON, an Individual dba PEARSON TRUCKING, and DOES 1-10, inclusive,<br><br>Defendants.<br>_____/ | CASE NO. CV 11 5037 **LHK/HRL**<br><br>[~~PROPOSED~~] STIPULATION AND ORDER RE CASE MANAGEMENT CONFERENCE<br>As Modified by the Court<br><br>[DEMAND FOR JURY TRIAL]<br><br>Date:     April 18, 2012<br>Time:    2:00 p.m.<br>Courtroom: 8 |

---

1

[PROPOSED] STIPULATION AND ORDER RE CASE MANAGEMENT CONFERENCE
CV 11 5037 **LHK/HRL**

1   The initial Case Management Conference in this action is currently scheduled for
2   April 18, 2012, at 2:00 p.m.  However, the parties have agreed upon the terms of a
3   Consent Decree and Injunction that would resolve all matters in dispute.  A final draft is
4   being circulated for signatures.  Therefore, the parties stipulate that the currently
5   scheduled Case Management Conference should be rescheduled to Wednesday, May 16,
6   2012, at 2:00 p.m., subject to cancellation if the settlement documents are signed,
7   approved by the court and filed prior to that date.

9   Dated:  April 16, 2012                           MERRILL, ARNONE & JONES, LLP

11                                                  /s/WILLIAM J. ARNONE, JR.
                                                    Attorneys for Plaintiff

13  Dated:  April 16, 2012                           ZYROMSKI KONICWEK, LLP

15                                                  /s/JACQUELINE K. LOVELESS
                                                    Attorneys for Defendant

16  IT IS SO ORDERED:   The Case Management Conference is rescheduled to
17  Wednesday, May 23, 2012 at 2:00 p.m.  Parties must file consent
    decree, injunction and proposed judgment by May 16, 2012.
18  Dated: April 17, 2012
                                                    _____
19                                                  Hon. Lucy H. Koh, District Judge

2

[PROPOSED] STIPULATION AND ORDER RE CASE MANAGEMENT CONFERENCE
CV 11 5037 **LHK/HRL**