1  William J. Arnone, Jr., Esq., SBN 87803
   MERRILL, ARNONE & JONES, LLP
2  3554 Round Barn Boulevard, Suite 303
   Santa Rosa, California 95403
3  Telephone: (707) 528-2882
   Facsimile:  (707) 528-6015
4  barnone@majlaw.com

5  Attorneys for Plaintiff
   RYAN PEARSON
6  dba PEARSON EXPLORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RYAN PEARSON, an Individual, dba PEARSON EXPLORATION<br><br>Plaintiff,<br><br>vs.<br><br>STEVE PEARSON, an Individual dba PEARSON TRUCKING, and DOES 1-10, inclusive,<br><br>Defendants.<br>_____/ | CASE NO.  CV 11 5037 LHK/HRL<br><br>[~~PROPOSED~~] STIPULATION AND ORDER RE CASE MANAGEMENT CONFERENCE<br>As Modified by the Court<br><br>[DEMAND FOR JURY TRIAL]<br><br>Date:        April 18, 2012<br>Time:       2:00 p.m.<br>Courtroom: 8 |

1

[PROPOSED] STIPULATION AND ORDER RE CASE MANAGEMENT CONFERENCE
CV 11 5037 **LHK/HRL**

1  The initial Case Management Conference in this action is currently scheduled for April 18, 2012, at 2:00 p.m. However, the parties have agreed upon the terms of a Consent Decree and Injunction that would resolve all matters in dispute. A final draft is being circulated for signatures. Therefore, the parties stipulate that the currently scheduled Case Management Conference should be rescheduled to Wednesday, May 16, 2012, at 2:00 p.m., subject to cancellation if the settlement documents are signed, approved by the court and filed prior to that date.

Dated: April 16, 2012                               MERRILL, ARNONE & JONES, LLP

                                                    /s/WILLIAM J. ARNONE, JR.
                                                    Attorneys for Plaintiff


Dated: April 16, 2012                               ZYROMSKI KONICWEK, LLP

                                                    /s/JACQUELINE K. LOVELESS
                                                    Attorneys for Defendant

IT IS SO ORDERED:   The Case Management Conference is rescheduled to Wednesday, May 23, 2012 at 2:00 p.m.  Parties must file consent decree, injunction and proposed judgment by May 16, 2012.

Dated: April 17, 2012
                                                    _____
                                                    Hon. Lucy H. Koh, District Judge

2

[PROPOSED] STIPULATION AND ORDER RE CASE MANAGEMENT CONFERENCE
CV 11 5037 **LHK/HRL**